IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| JONATHAN LEVI WILMERT,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendants. | CV 19-35-H-SEH<br><br>ORDER |

The Court conducted a status conference on March 18, 2020 to discuss the settlement conference scheduled in this matter for March 25, 2020, at 10:00 a.m. The parties agreed to participate in the settlement conference by telephone. Accordingly,

IT IS ORDERED that all parties required to participate in the settlement conference may appear by telephone. The parties shall provide the Court with call in information at kld_propord@mtd.uscourts.gov and be available by telephone at the designated time to participate in the conference.

DATED this 23rd day of March, 2020.

_____
Kathleen L. DeSoto
United States Magistrate Judge