IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| JONATHAN LEVI WILMERT, Plaintiff, vs. UNITED STATES OF AMERICA, Defendant. | CV 19-35-H-SEH ORDER OF DISMISSAL |

Upon consideration of the joint stipulation for dismissal (doc. 21),

IT IS HEREBY ORDERED that all claims of the Plaintiff, Jonathan Levi Wilmert, against Defendant, United States of America, are dismissed with prejudice as fully compromised and settled on the merits, each party to bear their own costs and expenses.

DATED this 27th day of April, 2020.

SAM E. HADDON
United States District Judge